1  LAWRENCE S. VIOLA, ESQ., SBN 130335
   KATHLEEN RAE PANEK, ESQ., SBN 241307
2  KNAPP & VIOLA, P.C.
   441 First Avenue, P.O. Drawer 1290
3  San Mateo, CA  94401-1290
   Telephone:     (650) 343-6400
4  Facsimile:     (650) 342-6854
   Electronic Mail:      lviola@violaw.com
5                        kpanek@violaw.com

6  Attorneys for Defendants,
   QUALITY STRIPING, INC., a California Corporation, and
7  MICHAEL RAYMOND SERIGHT

8       UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No. CV 08-01342 JL |
| | NOTICE OF APPEARANCE |
| Plaintiffs, | |
| vs. | |
| QUALITY STRIPING, INC., a California Corporation, et al., | |
| Defendants. | |

    KNAPP & VIOLA, P.C. hereby APPEARS on behalf of defendants, QUALITY STRIPING, INC. and RAYMOND SERIGHT, by undersigned counsel.

                                           KNAPP & VIOLA
                                           A Professional Corporation


Dated: _____         By:         /s/
                                          Kathleen Rae Panek, Esq.
                                          Attorneys for Defendants, QUALITY STRIPING,
                                          INC. and MICHAEL RAYMOND SERIGHT

---

NOTICE OF APPEARANCE—CV 08-01342 JL