IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS, et al.,<br><br>       Plaintiff,<br><br>v.<br><br>QUALITY STRIPING, INC., et al.,<br><br>       Defendant.<br>_____ / | No. C 08-01342 JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 28, 2008

                                                _/s/ Ronald L. Richman_
                                                Signature
                                                Ronald L. Richman
                                                Counsel for <u>Plaintiffs</u>
                                                (Name or party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com