UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS, et al.
        Plaintiff(s),

v.

QUALITY STRIPING, INC., et al.
        Defendant(s).
_____/

Case No. C 08-01342 JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 28, 2008

                                               _____
                                               [Party]
                                               Plaintiffs, Laborers Trust Funds

Dated: May 28, 2008

                                               _____
                                               [Counsel]
                                               Ronald L. Richman

American LegalNet, Inc.
www.USCourtForms.com