| | |
|---|---|
| 1 | LAWRENCE S. VIOLA, ESQ., SBN 130335 |
| | KATHLEEN RAE PANEK, ESQ., SBN 241307 |
| 2 | KNAPP & VIOLA, P.C. |
| | 441 First Avenue, P.O. Drawer 1290 |
| 3 | San Mateo, CA  94401-1290 |
| | Telephone:      (650) 343-6400 |
| 4 | Facsimile:       (650) 342-6854 |
| | Electronic Mail: lviola@violaw.com |
| 5 | Electronic Mail: kpanek@violaw.com |
| 6 | Attorneys for Defendants, |
| | QUALITY STRIPING, INC., a California Corporation, and |
| 7 | MICHAEL RAYMOND SERIGHT |

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 08-01342 JL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | | |
| vs. | | |
| QUALITY STRIPING, INC., a California Corporation, et al., | | |
| Defendants. | | |

It is hereby stipulated by and between Plaintiffs, BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES FOR THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA (collectively, "PLAINTIFFS,") by and through their attorney of record Ronald L. Richman, Esq. of BULLIVANT HOUSER BAILEY, P.C., and Defendants QUALITY STRIPING, INC., A California Corporation, and MICHAEL RAYMOND SERIGHT (collectively, "DEFENDANTS,") by and through their attorney of record Kathleen Rae Panek, Esq. of KNAPP & VIOLA, P.C., as follows:

   1.   The Case Management Conference currently scheduled for June 18, 2008 at 10:30 a.m.

in Courtroom F of the above-entitled Court shall be continued to August 20, 2008 at 10:30 a.m., in the same Courtroom.

2. The Parties' Case Management Conference Statements and Rule 26(f) statements shall be filed no later than August 13, 2008.

3. The Parties' initial disclosures shall be made no later than August 13, 2008.

SO STIPULATED.

Dated: June 10, 2008                                    Dated: June 10, 2008

/s/                                                     /s/
PLAINTIFFS,                                             DEFENDANTS,
By and through their attorney,                          By and through their attorney,
Ronald L. Richman, Esq., of                             Kathleen Rae Panek, Esq., of
BULLIVANT HOUSER BAILEY, P.C.                           KNAPP & VIOLA, P.C.

Filer attests that concurrence in the filing of this document has been obtained from the other signatory, in accordance with General Order 45, Rule X(B) of the United States District Court, Northern District of California. Original Signatures, as defined above, shall be maintained by filer for one year following final resolution of this action.

Dated: June 10, 2008

/s/
Kathleen Rae Panek, Esq., of
KNAPP & VIOLA, P.C.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                              _____
                                                        Honorable James Larson
                                                        Magistrate Judge