1  LAWRENCE S. VIOLA, ESQ., SBN 130335
   KATHLEEN RAE PANEK, ESQ., SBN 241307
2  KNAPP & VIOLA, P.C.
   441 First Avenue, P.O. Drawer 1290
3  San Mateo, CA  94401-1290
   Telephone:    (650) 343-6400
4  Facsimile:    (650) 342-6854
   Electronic Mail: lviola@violaw.com
5  Electronic Mail: kpanek@violaw.com

6  Attorneys for Defendants,
   QUALITY STRIPING, INC., a California Corporation, and
7  MICHAEL RAYMOND SERIGHT

8           UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                     SAN FRANCISCO DIVISION

10
    BOARD OF TRUSTEES OF THE LABORERS      ) Case No. CV 08-01342 JL
11  HEALTH AND WELFARE TRUST FUND FOR      )
    NORTHERN CALIFORNIA, et al.,           ) AFFIDAVIT OF KATHLEEN RAE
12                                         ) PANEK, ESQ. IN SUPPORT OF
                    Plaintiffs,            ) STIPULATION AND [PROPOSED]
13                                         ) ORDER CONTINUING CASE
    vs.                                    ) MANAGEMENT CONFERENCE
14                                         )
    QUALITY STRIPING, INC., a California   )
15  Corporation, et al.,                   )
                                           )
16                  Defendants.            )
                                           )
17  _____)

18  I, Kathleen Rae Panek, Esq. hereby declare as follows:

19  1.   I am an attorney licensed to practice in the United States District Court for the Northern District of
20       California, all Courts in California, and the United States Bankruptcy Court, and an associate at
21       KNAPP & VIOLA, P.C., counsel of record for Defendants in the above-entitled matter.

22  2.   I have personal knowledge of each matter stated herein, and if called upon to testify, could
23       competently do so.

24  3.   The parties in the above-entitled matter have been discussing terms of a possible global settlement
25       over the last few weeks.

26  4.   Yesterday, Defendants submitted a letter to Plaintiffs outlining their legal contentions and
27       including copies of pertinent documents upon which Defendants intend to rely at trial.  Most of the
28       documents produced have not previously been exchanged.

5. There have been no prior continuances in this case.

6. This continuance is unlikely to significantly delay the progress of the case. The parties intend to use the extra time in order to exchange and review the pivotal documentary evidence in the case. With the extra time, settlement prior to the continued Case Management Conference is a possibility.

7. The parties respectfully request that the Case Management Conference currently scheduled for June 18, 2008 at 10:30 a.m. be rescheduled to August 20, 2008 at 10:30 a.m.

8. In addition, in order that the parties may focus entirely on resolving the factual disputes existing in the case and exploring settlement, we also respectfully ask that the deadlines for filing and/or service of Case Management Conference Statements, Rule 26(f) statements, and initial disclosures be continued to August 13, 2008.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on June 10, 2008.

/s/ _____
Kathleen Rae Panek, Esq.