Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

vs.

QUALITY STRIPING, INC., a California corporation; MICHAEL RAYMOND SERIGHT an Individual,

Defendants.

Case No.: C 08-01342 JL

**STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON**

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), on the one hand, and

– 1 –

STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON

1  Defendants Quality Striping, Inc., a California corporation and Michael Raymond Seright, on
2  the other hand, through their respective counsel, that this case be dismissed in its entirety, with
3  prejudice, each party to bear their own attorneys' fees and costs.
4  DATED: June 26, 2008

BULLIVANT HOUSER BAILEY P.C

By _____
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

DATED: June 26, 2008

KNAPP & VIOLA

By _____
Kathleen Rae Panek

Attorneys for Defendants Quality Striping, Inc., a California corporation and Michael Raymond Seright

10650081.1

## ORDER

Pursuant to stipulation by the parties:

IT IS HEREBY ORDERED that this case be dismissed, in its entirety, against all defendants, each side to bear their own attorneys' fees and costs.

DATED: June 30, 2008

By _____
HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge James Larson*